PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialatttorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949)706-6464

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROY RIOS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HANESBRANDS, INC., a Maryland corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01140-JLS-KES<br><br>**DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF ORANGE**<br><br>[Concurrently filed with the Notice of Motion and Motion to Remand; Request for Judicial Notice; and [Proposed] Order]<br><br>Date: August 30, 2019<br>Time: 10:30 a.m.<br>Ctrm: 10A<br><br>Complaint filed: April 30, 2019<br>Removal Filed: June 7, 2019 |

DECLARATION OF SCOTT J. FERRELL

1.     I am an attorney duly licensed to practice law in the State of California and before this Court. I am counsel for Plaintiff, Roy Rios ("Plaintiffs") and make this declaration in support of Plaintiff's Motion to Remand this action to the Superior Court of California for the County of Orange. I have personal knowledge of the following matters, or know them to be true based on my review of Pacific Trial Attorneys' records kept in the regular course of its business, and if called to testify concerning them, I could and would do so competently.

2.     I met and conferred with counsel for counsel for Defendant Hanesbrands, Inc., Benjamin R. King, of Loeb & Loeb LLP, pursuant to Central District Local Rule 7-3 on June 10, 2019 prior to bringing the instant motion. Being unable to resolve the dispute regarding removability of this action, Plaintiff filed the instant motion to remand.

3.     Plaintiff seeks payment of his attorneys fees incurred as a result of removal pursuant to 28 U.S.C. § 1447(c). All work performed on behalf of Plaintiff was performed on a wholly contingent basis. So far, my firm has spent a total of four (4) hours related to Plaintiff's Motion to Remand. My standard billable rate is $875 per hour. This rate is the same rate charged to hourly clients. I conservatively estimate spending three (3) more hours responding to Defendant's opposition to Plaintiff's Motion to Remand and appearing for hearing thereon should the Court so order. Therefore, Plaintiff expects to incur a total of $6,125 in attorneys' fees related to this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2019

*/s/Scott J. Ferrell*

- 1 -
DECLARATION OF SCOTT J. FERRELL

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing **DECLARATION SCOTT J. FERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell