1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialatttorneys.com
3  4100 Newport Place Drive, Suite 800
   Newport Beach, CA 92660
4  Telephone: (949)706-6464

5  Attorney for Plaintiff

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **SOUTHERN DIVISION**

12 ROY RIOS, an individual,

13     Plaintiffs,

14   v.

15 HANESBRANDS, INC., a Maryland corporation; and DOES 1-10, inclusive,

17     Defendants.

Case No.  8:19-cv-01140-JLS-KES

**[PROPOSED] ORDER**

[Concurrently filed with the Notice of Motion and Motion to Remand to the Superior Court of California for the County of Orange; Request for Judicial Notice; and Declaration of Scott J. Ferrell]

Date: August 30, 2019
Time: 10:30 a.m.
Ctrm: 10A

Complaint filed:   April 30, 2019
Removal Filed:     June 7, 2019

1  On August 30, 2019, the Motion by Plaintiff Roy Rios to Remand to the Superior Court of California for the County of Orange was scheduled and taken under submission with this Court. After reviewing the Motion and the arguments submitted in support thereof and in opposition thereto:

IT IS HEREBY ORDERED that the Motion by Plaintiff Roy Rios to Remand to State Court is GRANTED.

Dated: _____

                                      The Honorable Josephine L. Staton
                                      *United States District Court Judge*

[PROPOSED] ORDER GRANTING MOTION TO REMAND

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing **[PROPOSED] ORDER REMANDING ACTION TO STATE COURT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell